# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CONNIE BREWINGTON and
AKIRA J. WALKER,

    Plaintiffs,

v.                                               Case No. 13-10043

NATIONSTAR MORTGAGE, LLC,

    Defendant.
                                                 /

## JUDGMENT

In accordance with the court's "Opinion and Order" dated August 5, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Nationstar Mortgage, LLC. Dated at Detroit, Michigan, this 5th day of August 2013.

                                        DAVID J. WEAVER
                                        CLERK OF THE COURT

                                        <u>s/ Holly Monda for Lisa Wagner</u>
                                        By: Holly Monda for Lisa Wagner
                                            Case Manager to Judge Robert H. Cleland